IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ODDELL CANNON | : | CIVIL ACTION |
| | : | NO. 09-0110 |
| v. | : | |
| | : | |
| JAMES FITZGERALD | : | |

ORDER

AND NOW, this 30th day of October 2009, in consideration of defendant's motion to dismiss, plaintiff's response thereto and defendant's reply, it is hereby ORDERED that defendant's motion to dismiss is GRANTED and plaintiff's complaint is DISMISSED.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.